XAVIER BECERRA, State Bar No. 118517
Attorney General of California
KARLI EISENBERG, State Bar No. 281923
Supervising Deputy Attorney General
JACQUELINE MALAFA, State Bar No. 325328
Deputy Attorney General
 300 S. Spring Street
 Los Angeles, CA 90013
 Telephone: (213) 269-6389
 Fax: (213) 731-2119
 E-mail: Jacqueline.Malafa@doj.ca.gov
*Attorneys for Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASSOCIATION FOR ACCESSIBLE MEDICINES,**<br><br>Plaintiff,<br><br>v.<br><br>**XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,**<br><br>Defendant. | 2:20-cv-01708-TLN-DB<br><br>**STIPULATED BRIEFING SCHEDULE; STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT; ORDER**<br><br>Action Filed: August 25, 2020 |

In accordance with Local Rule (L.R.) 143, Defendant Xavier Becerra, in his Official Capacity as Attorney General of California and Plaintiff Association for Accessible Medicines, by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS Plaintiff filed its initial complaint on August 25, 2020;

WHEREAS Plaintiff intends to file a motion for a preliminary injunction, and the declarations supporting that motion have already been filed and served on September 2, 2020 as part of Plaintiff's Notice of and Request to Seal Documents;

///

1

WHEREAS the parties have reached an agreement that the following briefing schedule shall apply to Plaintiff's motion for a preliminary injunction:

- Monday, September 14, 2020 – Plaintiff's motion for a preliminary injunction to be filed and served;
- Thursday, October 15, 2020 – Defendant's response to Plaintiff's motion for a preliminary injunction and Defendant's response to Plaintiff's Notice of and Request to Seal Documents to be filed and served;
- Thursday, October 22, 2020 – Plaintiff's reply in support of its motion for a preliminary injunction to be filed and served; and
- Thursday, October 29, 2020 – Hearing on Plaintiff's motion for a preliminary injunction;

WHEREAS the parties have further reached an agreement to request that this Court extend the deadline for Defendant to respond to the initial complaint to December 14, 2020;

NOW, THEREFORE, Plaintiff and Defendant, by and through their attorneys of record, respectfully request an order in accordance with the stipulated schedule set forth above.

Dated:  September 11, 2020              Respectfully submitted,

                                        KIRKLAND & ELLIS LLP

                                        */S/ Matthew D. Rowen*
                                        (as authorized on 09/11/20)
                                        MATTHEW D. ROWEN
                                        *Attorney for Plaintiff*

2

Stipulated Briefing Schedule; Stipulated Request to Extend Time to Respond to Initial Complaint
(2:20-cv-01708-TLN-DB)

1 | Dated: September 11, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California

*/S/ Karli Eisenberg*
KARLI EISENBERG
Supervising Deputy Attorney General
*Attorneys for Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California*

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
KARLI EISENBERG, State Bar No. 281923
Supervising Deputy Attorney General
JACQUELINE MALAFA, State Bar No. 325328
Deputy Attorney General
 300 S. Spring Street
 Los Angeles, CA 90013
 Telephone: (213) 269-6389
 Fax: (213) 731-2119
 E-mail: Jacqueline.Malafa@doj.ca.gov
*Attorneys for Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASSOCIATION FOR ACCESSIBLE MEDICINES,**<br><br>Plaintiff,<br><br>v.<br><br>**XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,**<br><br>Defendant. | 2:20-cv-01708-TLN-DB<br><br>**ORDER GRANTING THE STIPULATED BRIEFING SCHEDULE AND REQUEST TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Courtroom: 2<br>Judge: The Honorable Troy L. Nunley<br>Action Filed: August 25, 2020 |

1

Upon consideration of the Stipulated Briefing Schedule; Stipulated Request to Extend Time to Respond to Initial Complaint, it is hereby ORDERED that the proposed briefing schedule outlined in the stipulation is GRANTED.

**IT IS SO ORDERED.**

Dated:  September 14, 2020

_____
TROY L. NUNLEY
United States District Judge

2

Order Granting Stipulated Briefing Schedule; Stipulated Request to Extend Time to Respond to Initial Complaint
(2:20-cv-01708-TLN-DB)