UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION FOR ACCESSIBLE MEDICINES,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | CASE NO. 2:20-CV-01708-TLN-DB<br><br>**SEALING ORDER** |

Pursuant to Local Rule 141 and based upon the representations contained in Plaintiff's Request to Seal, IT IS HEREBY ORDERED that Exhibits B, C, D, E, and F to Plaintiff's Motion for Preliminary Injunction shall be SEALED until further order of this Court. *See, e.g.*, *Four in One Co. v. S.K. Foods, L.P.*, No. 2:08-CV-03017-KJM-EFB, 2014 WL 4078232, at *2 n.1 (E.D. Cal. Aug. 14, 2014) ("Considering these factors, the court finds the need to protect the parties' settlement negotiations outweighs any necessity for disclosure."). It is further ordered that electronic access to the sealed documents shall be limited to counsel for the parties.

IT IS SO ORDERED.

DATED: September 30, 2020

Troy L. Nunley
United States District Judge

1