UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION FOR ACCESSIBLE MEDICINES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>　　　　　　Defendant. | No.  2:20-cv-01708-TLN-DB<br><br>**ORDER GRANTING LEAVE TO FILE AMICUS BRIEF** |

　　　　This matter is before the Court on The American Antitrust Institute, Consumer Reports, Inc., and Public Citizen, Inc.'s (collectively "Amici") Motion for Leave to File Brief as *Amici Curiae*.  (ECF No. 19.)  On considering Amici's motion for leave to file their *amici curiae* brief, the parties' consent to filing the brief, and the entire record herein, and finding such participation may be useful to the Court, the motion is hereby GRANTED.  The Court will consider the brief filed at ECF No. 19-2.

　　　　IT IS SO ORDERED.

DATED:  October 20, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1