UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION FOR ACCESSIBLE MEDICINES,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | No. 2:20-cv-01708-TLN-DB<br><br>**SEALING ORDER** |

      This matter is before the Court on Defendant Xavier Becerra's ("Defendant") Request to Seal Documents. (ECF No. 18.)

      Pursuant to Local Rule 141 and based upon the representations contained in Defendant's Request to Seal, IT IS HEREBY ORDERED that: (1) the Declaration of Tiffany K. Jantz-Desormeaux, Ph.D. in support of Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction and (2) Defendant's Objections to Association for Accessible Medicines's ("AAM") Declarations Submitted in Support of AAM's Motion for a Preliminary Injunction (*see* ECF No. 20) shall be SEALED until further order of this Court. *See, e.g.*, *Four in One Co. v. S.K. Foods, L.P.*, No. 2:08-cv-03017-KJM-EFB, 2014 WL 4078232, at *2 n.1 (E.D. Cal. Aug. 14, 2014) ("Considering these factors, the court finds the need to protect the parties' settlement negotiations

1  outweighs any necessity for disclosure."). It is further ordered that electronic access to the sealed
2  documents shall be limited to counsel for the parties.
3       IT IS SO ORDERED.
4  DATED: October 20, 2020

                                                Troy L. Nunley
                                                United States District Judge