UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION FOR ACCESSIBLE MEDICINES, <br><br> Plaintiff, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Attorney General of the State of California, <br><br> Defendant. | No. 2:20-cv-01708-TLN-DB <br><br> **SEALING ORDER** |

This matter is before the Court on Plaintiff Association for Accessible Medicines's ("Plaintiff") Request to Seal Documents. (ECF No. 25.) Pursuant to Local Rule 141 and based upon the representations contained in Plaintiff's Request to Seal, IT IS HEREBY ORDERED that Plaintiff's Opposition to Defendant's Objections to Plaintiff's Declarations, submitted alongside Plaintiff's Reply in Support of its Motion for Preliminary Injunction (*see* ECF No. 26-1), shall be SEALED until further order of this Court. *See, e.g.*, *Four in One Co. v. S.K. Foods, L.P.*, No. 2:08-cv-03017-KJM-EFB, 2014 WL 4078232, at *2 n.1 (E.D. Cal. Aug. 14, 2014).

IT IS SO ORDERED.

DATED: October 26, 2020

Troy L. Nunley
United States District Judge

1