XAVIER BECERRA, State Bar No. 118517
Attorney General of California
KARLI EISENBERG, State Bar No. 281923
EMILIO VARANINI, State Bar No. 163952
Supervising Deputy Attorneys General
JACQUELINE MALAFA, State Bar No. 325328
Deputy Attorney General
 300 S. Spring Street
 Los Angeles, CA 90013
 Telephone: (213) 269-6389
 Fax: (213) 731-2119
 E-mail: Jacqueline.Malafa@doj.ca.gov
*Attorneys for Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASSOCIATION FOR ACCESSIBLE MEDICINES,**<br><br>Plaintiff,<br><br>v.<br><br>**XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,**<br><br>Defendant. | 2:20-cv-01708-TLN-DB<br><br>**JOINT STIPULATION REGARDING STAY OF PROCEEDINGS PENDING RESOLUTION OF PRELIMINARY INJUNCTION**<br><br>Action Filed: August 25, 2020 |

    Defendant Xavier Becerra, in his Official Capacity as Attorney General of California, and Plaintiff Association for Accessible Medicines, by and through their attorneys of record, hereby stipulate and agree as follows:

    1. In the interest of judicial economy, the Court should stay all future deadlines and proceedings in this matter pending the Court's resolution of Plaintiff's Motion for a Preliminary Injunction (Dkt. No. 15).

//

//

Dated:  January 23, 2021

Respectfully submitted,

s/Matthew D. Rowen
MATTHEW D. ROWEN (Cal. Bar #292292)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
(202) 389-5931
matthew.rowen@kirkland.com

JAY P. LEFKOWITZ (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
lefkowitz@kirkland.com

*Counsel for Plaintiff*

Dated:  January 25, 2021

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
KARLI EISENBERG
EMILIO VARANINI
Supervising Deputy Attorneys General

s/Jacqueline Palma Malafa
JACQUELINE PALMA MALAFA
Deputy Attorney General

*Attorneys for Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California*

# CERTIFICATE OF SERVICE

Case Name:   **AAM v. Becerra**                    No.   **2:20-cv-01708-TLN-DB**

I hereby certify that on January 25, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

JOINT STIPULATION REGARDING STAY OF PROCEEDINGS PENDING RESOLUTION OF PRELIMINARY INJUNCTION AND [PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING STAY OF PROCEEDINGS PENDING RESOLUTION OF PRELIMINARY INJUNCTION

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on January 25, 2021, at Los Angeles, California.

| Yamillet Dominguez | /s/ Yamillet D. |
|---|---|
| Declarant | Signature |

SA2020303019
63920244.docx