XAVIER BECERRA, State Bar No. 118517
Attorney General of California
KARLI EISENBERG, State Bar No. 281923
EMILIO VARANINI, State Bar No. 163952
Supervising Deputy Attorneys General
JACQUELINE MALAFA, State Bar No. 325328
Deputy Attorney General
  300 S. Spring Street
  Los Angeles, CA 90013
  Telephone: (213) 269-6389
  Fax: (213) 731-2119
  E-mail: Jacqueline.Malafa@doj.ca.gov
*Attorneys for Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASSOCIATION FOR ACCESSIBLE MEDICINES,**<br><br>Plaintiff,<br><br>v.<br><br>**XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,**<br><br>Defendant. | 2:20-cv-01708-TLN-DB<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING STAY OF PROCEEDINGS PENDING RESOLUTION OF PRELIMINARY INJUNCTION**<br><br>Action Filed: August 25, 2020 |

Upon consideration of the parties' Joint Stipulation Regarding Stay of Proceedings Pending Resolution of Preliminary Injunction, it is hereby ORDERED that all future deadlines and proceedings in this matter are stayed pending the Court's resolution of Plaintiff's Motion for Preliminary Injunction.

**IT IS SO ORDERED.**

Dated: January 25, 2021

_____
Troy L. Nunley
United States District Judge

1