

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,**
**ECF REGISTRATION AND CONSENT**
**TO ELECTRONIC SERVICE,  ORDER**

**ASSOCIATION FOR ACCESSIBLE**
**MEDICINES,**

           **Plaintiff,**

v.

**ROB BONTA, IN HIS OFFICIAL**
**CAPACITY AS ATTORNEY GENERAL**
**OF THE STATE OF CALIFORNIA,**

           **Defendant.**

Case No. 2:20-cv-01708-TLN-DB

I, Alexandra I. Russell, attorney for Association for Accessible Medicines, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Kirkland & Ellis LLP |
| Address: | 1301 Pennsylvania Avenue NW |
| City: | Washington |
| State: | DC |
| ZIP Code: | 20004 |
| Voice Phone: | (202) 389-5000 |
| FAX: | (202) 389-5200 |
| Internet E-mail: | alexandra.russell@kirkland.com |
| I reside in City: | Washington, DC |

I was admitted to practice in the State of Maryland on January 9, 2014.  I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of primary practice is attached to this application.  I am not currently suspended or disbarred in any other court.

I am not presently admitted nor have I previously made a pro hac vice application to this court.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | Matthew D. Rowen |
| Firm Name: | Kirkland & Ellis LLP |
| Address: | 1301 Pennsylvania Avenue NW |
| City: | Washington |
| State: | DC            ZIP Code: 20004 |
| Phone: | (202) 389-5931 |
| FAX Phone: | (202) 389-5200 |
| E-mail: | matthew.rowen@kirkland.com |

Dated: May 23, 2022            Petitioner: /s/ Alexandra I. Russell_____

**ORDER**

IT IS SO ORDERED.

Dated:  May 26, 2022               _____
                                                        JUDGE, U.S. DISTRICT COURT