IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION FOR ACCESSIBLE MEDICINES, <br><br> Plaintiff, <br><br> v. <br><br> ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, <br><br> Defendant. | Civil Action No.: 2:20-cv-01708-TLN-DB <br><br> **LOCAL RULE 141 NOTICE OF AND REQUEST TO SEAL DOCUMENTS** <br><br> Action Filed: August 25, 2020 |

Pursuant to Local Rule 141(b) and this Court's Sealing Order, dated October 1, 2020, Defendant Rob Bonta, in his official capacity as Attorney General for the State of California, hereby provides notice of his request for permission to submit under seal the Stipulation Regarding Third Party Discovery.  Because this Court has previously ordered that the identity of certain AAM members be sealed (ECF No. 16), this document, which identifies those same AAM members, should also be sealed.  This Notice of and Request to Seal Documents, a Proposed Order, and an unredacted Stipulation Regarding Third Party Discovery have been submitted to the court via the email address tlnorders@caed.uscourts.gov.  These Documents have also been electronically served on all parties.

Dated: March 17, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
EMILIO VARANINI
KARLI EISENBERG
Supervising Deputy Attorneys General

*/s/ David Houska*
DAVID HOUSKA
Deputy Attorney General

*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

# CERTIFICATE OF SERVICE

Case Name:   **AAM v. Becerra**                    No.   **2:20-cv-01708-TLN-DB**

I hereby certify that on <u>March 17, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**LOCAL RULE 141 NOTICE OF AND REQUEST TO SEAL DOCUMENTS**

**[PROPOSED] SEALING ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 17, 2023</u>, at Sacramento, California.

|  |  |
|---|---|
| T. Oakes | *s/ T. Oakes* |
| Declarant | Signature |

SA2020303019
37017408.docx