IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASSOCIATION FOR ACCESSIBLE MEDICINES,** | No. 2:20-cv-1708 TLN DB |
| Plaintiff, | **SEALING ORDER** |
| v. | |
| **ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,** | |
| Defendant. | |

1  Pursuant to Local Rule 141 and based upon the representations contained in Defendant's
2  Request to Seal, IT IS HEREBY ORDERED that the Stipulation Regarding Third Party Discovery
3  shall be SEALED until further order of this Court. *See, e.g.*, *Four in One Co. v. S.K. Foods, L.P.*,
4  No. 2:08-CV-03017-KJM-EFB, 2014 WL 4078232, at *2 n.1 (E.D. Cal. Aug. 14, 2014)
5  ("Considering these factors, the court finds the need to protect the parties' settlement negotiations
6  outweighs any necessity for disclosure."). It is further ordered that electronic access to the sealed
7  documents shall be limited to counsel for the parties.
8  Dated:  March 23, 2023

[Signature]
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\hall0937.aam1708.seal.ord