ROB BONTA, State Bar No. 202668
Attorney General of California
EMILIO VARANINI, State Bar No. 163952
KARLI EISENBERG, State Bar No. 281923
Supervising Deputy Attorneys General
DAVID HOUSKA, State Bar No. 295918
Deputy Attorney General
  455 Golden Gate Ave.
  Suite 11000
  San Francisco, CA 94102
  E-mail:  david.houska@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASSOCIATION FOR ACCESSIBLE MEDICINES,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,**<br><br>Defendant. | 2:20-cv-01708-TLN-DB<br><br>**STIPULATION AND ORDER MODIFYING DISCOVERY DEADLINES** |

Plaintiff Association for Accessible Medicines ("Plaintiff") and Defendant Rob Bonta, in his official capacity as Attorney General of the State of California ("Defendant"), hereby stipulate and agree as follows:

WHEREAS, Defendant has served discovery on Plaintiff and five member companies of Plaintiff (the member companies the "Third Parties");

WHEREAS, Defendant, Plaintiff, and the Third Parties have met, conferred, and reached an agreement regarding the scope of discovery that resolved all current outstanding disputes between them, without the need for motion practice or intervention by the Court (Dkt. No. 58);

1   WHEREAS, discovery is currently set to close on Friday April 7, motions for Summary
2   Judgment are due on June 2, oppositions to motions for summary judgment are due on July 28, and
3   replies are due on August 25 (Dkt. No. 49);

4   WHEREAS, some of the Third Parties have encountered technical difficulties in making
5   their production that will prevent them from meeting the existing discovery deadlines, and do not
6   expect to be able to resolve those technical difficulties for several weeks;

7   WHEREAS, the Parties wish to extend the discovery deadline and ensuing deadlines for
8   briefing on motions for summary judgment in order to accommodate the Third Parties;

9   WHEREAS, this is the first request by the Parties to extend or otherwise modify the
10  discovery deadlines;

11  WHEREAS, no trial has been scheduled in this action, and no hearing or other date set by
12  the Court will be effected by the proposed schedule change

13  NOW THEREFORE, IT IS STIPULATED AND AGREED THAT:

14  (1) The close of fact discovery should be extended from April 7 until May 31, 2023;

15  (2) The deadline for filing any motion for summary judgment, including any motion to
16  convert the existing preliminary injunction into a final judgment; should be extended from June 2
17  to July 31, 2023;

18  (3) The deadline for any opposition to a motion for summary judgment should be extended
19  from July 28 to September 22, 2023;

20  (4) The deadline for any reply to a motion for summary judgment should be extended from
21  August 25 to October 20, 2023.

23  IT IS SO STIPULATED.

1 | Dated:  April 7, 2023

Respectfully Submitted,

ROB BONTA
Attorney General of California
EMILIO VARANINI
KARLI EISENBERG
Supervising Deputy Attorneys General


*/s/ David Houska*
DAVID HOUSKA
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*


*/s/ Michael Shipley*
MICHAEL SHIPLEY (Cal. Bar # 233674)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
(213) 680-8348

ALEXANDRA I. RUSSELL (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
(202) 389-5258
alexandra.russell@kirkland.com

JAY P. LEFKOWITZ (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
lefkowitz@kirkland.com

*Counsel for Plaintiff Association for Accessible Medicines*

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: April 6, 2023

Troy L. Nunley
United States District Judge