1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  KARLI EISENBERG, State Bar No. 281923
   Supervising Deputy Attorneys General
3  DAVID HOUSKA, State Bar No. 295918
   Deputy Attorney General
4  ERICA CONNOLLY, State Bar No. 288822
   Deputy Attorney General
5   1300 I Street, Suite 125
    P.O. Box 944255
6   Sacramento, CA 94244-2550
    Telephone: (916) 210-7755
7   Fax: (916) 324-5567
    E-mail: Erica.Connolly@doj.ca.gov
8  *Attorneys for Defendant Rob Bonta, in his official
   capacity as Attorney General of the State of
9  California*

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

| | |
|---|---|
| 14 **ASSOCIATION FOR ACCESSIBLE MEDICINES,** | 2:20-cv-01708-TLN-DB |
| 16  Plaintiff, | **SEALING ORDER** |
| 17  v. | Judge: The Honorable Troy L. Nunley<br>Action Filed: August 25, 2020 |
| 18 **ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,** | |
| 20  Defendant. | |

Pursuant to Local Rule 141 and based upon the representations contained in Defendant's Request to Seal, IT IS HEREBY ORDERED that (1) portions of Defendant's Memorandum of Points and Authorities in support of Motion for Summary Judgment; (2) portions of Defendant's Separate Statement of Undisputed Facts in support of Motion for Summary Judgment; (3) portions of the Affidavit of Erica Connolly in support of Defendant's Motion for Summary Judgment; (4) Exhibits D and E to the Affidavit of Erica Connolly in support of Defendant's Motion for Summary Judgment; (5) portions of the Request for Judicial Notice in support of Defendant's Motion for Summary Judgment; and (6) Exhibits B and C to the Request for Judicial Notice in support of Defendant's Motion for Summary Judgment shall be SEALED until further order of this Court.  It is further ORDERED that electronic access to the sealed documents shall be limited to counsel for the parties.

Dated: September 18, 2023

Troy L. Nunley
United States District Judge