UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION FOR ACCESSIBLE MEDICINES,<br><br>Plaintiff,<br><br>- against -<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | Case No. 2:20-cv-01708-TLN-DB<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |

In accordance with Local Rule 141, I hereby GRANT Plaintiff's request to file under seal (1) AAM's Memorandum of Points and Authorities in Support of Motion for Summary Judgment and to Convert Preliminary Injunction into Permanent Injunction, (2) Plaintiff's Statement of Undisputed Facts, (3) Declaration of Alexandra I. Russell, and (4) Exhibits A-H attached thereto.

IT IS SO ORDERED.

Dated:  September 18, 2023

Troy L. Nunley
United States District Judge