MICHAEL SHIPLEY (Cal. Bar # 233674)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
(213) 680-8348

JAY P. LEFKOWITZ (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
lefkowitz@kirkland.com

ALEXANDRA I. RUSSELL (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
(202) 389-5258
alexandra.russell@kirkland.com

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASSOCIATION FOR ACCESSIBLE MEDICINES,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,**<br><br>Defendant. | Civil Action No.: 2:20-cv-01708-TLN-DB<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |

In accordance with Local Rule 141, I hereby GRANT Plaintiff's request to file under seal AAM's Response to Defendant's Separate Statement of Undisputed Facts in Support of Motion for Summary Judgment.

IT IS SO ORDERED

Dated:  November 7, 2023

_____
Troy L. Nunley
United States District Judge