ROB BONTA, State Bar No. 202668
Attorney General of California
KARLI EISENBERG, State Bar No. 281923
Supervising Deputy Attorneys General
DAVID HOUSKA, State Bar No. 295918
Deputy Attorney General
ERICA CONNOLLY, State Bar No. 288822
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7755
 Fax: (916) 324-5567
 E-mail: Erica.Connolly@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASSOCIATION FOR ACCESSIBLE MEDICINES,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,**<br><br>Defendant. | 2:20-cv-01708-TLN-DB<br><br>**SEALING ORDER**<br><br>Judge: The Honorable Troy L. Nunley<br>Action Filed: August 25, 2020 |

Pursuant to Local Rule 141 and based upon the representations contained in Defendant's Request to Seal, IT IS HEREBY ORDERED that portions of Defendant's Reply in Support of Motion for Summary Judgment shall be SEALED until further order of this Court. It is further ORDERED that electronic access to the sealed documents shall be limited to counsel for the parties.

Dated: December 5, 2023

Troy L. Nunley
United States District Judge